| Clerk's Use Only |
| --- |
| Initial for fee pd.: |

Philip C. Stahl
Grippo & Elden LLC
111 S. Wacker Drive
Chicago, IL 60606
312-704-7700

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CONTINENTAL CASUALTY COMPANY,

    Plaintiff(s),

v.

TRAVELERS INSURANCE COMPANY, ATLANTIC MUTUAL INSURANCE COMPANY,

    Defendant(s).

CASE NO. C-06-4657 SI

**APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Philip C. Stahl, an active member in good standing of the bar of the State of Illinois and U.S. Dist. Ct., N.D. Ill., hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff Continental Casualty Co. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Marsha L. Morrow, Colliau Elenius Murphy Carluccio Keener & Morrow, 405 Howard St., Ste. 600, San Francisco, CA 94105 (415) 932-7015

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 07-27-06

*Philip C. Stahl* (signature)

UNITED STATES DISTRICT COURT

For the Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY,<br><br>　　　　　　　Plaintiff(s),<br>　　v.<br>TRAVELERS INSURANCE COMPANY, ATLANTIC MUTUAL INSURANCE COMPANY,<br><br>　　　　　　　Defendant(s).<br>_____/ | CASE NO.<br><br>(Proposed)<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

Philip C. Stahl                                      , an active member in good standing of the bar of the State of Illinois and U.S. Dist. Ct., N.D. Ill.,     whose business address and telephone number (particular court to which applicant is admitted) is

Grippo & Elden LLC, 111 South Wacker Drive, Chicago, Illinois 60606; 312-704-7700

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Continental Casualty Company,

　　　IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District       Judge