**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY )<br>)<br>Plaintiff, )<br>) Case No: C 06-04657<br>vs. )<br>)<br>TRAVELERS INSURANCE COMPANY, )<br>ATLANTIC MUTUAL INSURANCE )<br>COMPANY, et al. )<br>)<br>Defendants. )<br>)<br>)<br>) | **[PROPOSED]**<br>**ORDER**<br><br>**CONTINUING INITIAL CASE**<br>**MANAGEMENT CONFERENCE** |

This cause coming before the Court on the parties' Stipulation to Continue Dates in Case Schedule, it is hereby ordered that:

1. The Initial Case Management Conference is hereby continued to January 5, 2007 at 2:00 p.m., and the other deadlines in the Order Setting Initial Case Management Conference and ADR Deadlines dated July 31, 2006 are continued accordingly.

2. The new case schedule is as follows:

   a. December 15, 2006: Last day to:

      i. Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan

      ii. file ADR Certification signed by Parties and Counsel (form available at www.adr.cand.uscourts.gov)

      iii. file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference (forms available at www.adr.cand.uscourts.gov)

   b. December 29, 2006: Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement (form available at www.cand.uscourts.gov), and file Rule 26(f) Report

   c. January 5, 2007, in Ctrm. 10, 19th floor, at 2:00 PM: INITIAL CASE MANAGEMENT CONFERENCE (CMC)

1
2  **ENTERED:**
3
4
5  _____
6  Hon. Susan Illston
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER CONTINUING DATES IN FIRST CASE SCHEDULE
2