IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, | No. C 06-04657 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| TRAVELERS INSURANCE COMPANY, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 15, 2007 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is July 31, 2007.

DESIGNATION OF EXPERTS: August 31, 2007; REBUTTAL: September 15, 2007.
 Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is October 31, 2007.

DISPOSITIVE MOTIONS **SHALL** be filed by November 9, 2007;

 Opp. Due November 23, 2007; Reply Due November 30, 3007;

 and set for hearing no later than December 14, 2007 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 15, 5008 at 3:30 PM.

JURY TRIAL DATE: January 28, 2008 at 8:30 AM.,
 Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
By February 16, 2007, counsel shall inform the Court of whether or not they will participate in private mediation or court mediation. Mediation must be completed by June 1, 2007.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge