IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, | No. C 06-4657 SI |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| TRAVELERS INSURANCE CO., ATLANTIC MUTUAL INSURANCE, et al., | |
| Defendants. | |

The parties to the action have advised the court that they have agreed to a settlement.

IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE. However, if any party hereto certifies to this court, with proof of service of a copy thereon on opposing counsel, within sixty days of the date hereof, that settlement has not in fact occurred, the foregoing order shall be vacated and this cause shall forthwith be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: August 9, 2007

SUSAN ILLSTON
United States District Judge